B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>NORTHERN DIVISION | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oxnard GSRS Holdings LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more<br>than one, state all):   **26-0225851** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more<br>than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**2211 East Gonzales Road**<br>**Oxnard, CA** | | Street Address of Joint Debtor (No. and Street, City, and State): | |
|---|---|---|---|
| | ZIP CODE<br>**93026** | | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 40233**<br>**Santa Barbara, CA** | | Mailing Address of Joint Debtor (if different from street address): | |
| | ZIP CODE<br>**93140** | | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | |
| | | | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☑ Full Filing Fee attached.
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.40.3, ID 3290320974)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Oxnard GSRS Holdings LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>                                                                         Date |
|---|---|

| **Exhibit C** | |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. | |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (1/08)

| **Voluntary Petition** | Name of Debtor(s):  Oxnard GSRS Holdings LLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X_____
JOSEPH M. SHOLDER          Bar No. **126347**

**GRIFFITH & THORNBURGH, LLP**
**8 E. FIGUEROA STREET - 3RD FLR**
**SANTA BARBARA, CA 93101**

Phone No.**(805) 965-5131**    Fax No.**(805) 965-6751**

07/06/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Oxnard GSRS Holdings LLC**

X_____
Signature of Authorized Individual

**Oxnard GSRS, LLC**
Printed Name of Authorized Individual

**by David Dodart, Managing Member**
Title of Authorized Individual

07/06/2009
Date

</td>
</tr>
</table>

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number:

Joseph M. Sholder   Bar No. 126347
GRIFFITH & THORNBURGH, LLP
8 E. Figueroa Street - 3rd Floor
Santa Barbara, CA 93101
Phone: 805-965-5131
Fax: 805-965-6751
☒ Attorney for: Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Oxnard GSRS Holdings, LLC<br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER:  11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other: _____  Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____  July **6** , 2009
Signature of Authorized Signatory of Filing Party  Date

Oxnard GSRS Holdings, LLC, by Oxnard GSRS, LLC
*Printed Name of Authorized Signatory of Filing Party*

by David Dodart, Managing Member
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____  July **6**, 2009
Signature of Attorney for Filing Party  Date

Joseph M. Sholder
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkflow.com

## CERTIFICATE OF RESOLUTION OF MANAGING MEMBER
## OF OXNARD GSRS HOLDINGS, LLC

I certify that the following resolution was adopted by the Managing Member, David Dodart, of Oxnard GSRS, LLC, a California limited liability company (the "LLC), which is the managing member of Oxnard GSRS Holdings, LLC, without a meeting pursuant to the California Corporations Code and the bylaws of the LLC :

**RESOLVED** that the LLC forthwith file a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code; and

**RESOLVED FURTHER** that the LLC employ Griffith & Thornburgh, LLP, to represent it in said bankruptcy proceedings; and

**RESOLVED FURTHER** that David Dodart is hereby authorized to sign all documents of the LLC in connection with said Chapter 11 proceedings.

Dated:   July **6** , 2009.

_____

David Dodart, Managing Member
Oxnard GSRS, LLC, managing member of
Oxnard GSRS Holdings, LLC

<table>
<tr><td>Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number<br>Joseph M. Sholder Bar No. 126347<br>GRIFFITH & THORNBURGH, LLP<br>8 E. Figueroa Street - 3rd Floor<br>Santa Barbara, CA 93101<br>Phone: 805-965-5131<br>Fax: 805-965-6751<br>☐ Attorney for:</td><td></td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Oxnard GSRS Holdings, LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>David Dodart, Managing Member of Oxnard GSRS, LLC</u> , the undersigned in the above-captioned case, hereby declare
　　　　　*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

　　☒ I am the president or other officer or an authorized agent of the debtor corporation

　　☐ I am a party to an adversary proceeding

　　☐ I am a party to a contested matter

　　☐ I am the attorney for the debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

　　　*[For additional names, attach an addendum to this form.]*

　b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____　　　July 6, 2009
Signature of Attorney or Declarant　　　　　　　Date
David Dodart, Managing Member of Oxnard GSRS,
LLC, managing member of Oxnard GSRS Holdings,
LLC
_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

American LegalNet, Inc.
www.FormsWorkflow.com

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:   **Oxnard GSRS Holdings LLC**                                     Case No.

                                                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ETC Enterprises Inc<br>24707 County Road 75<br>St Augusta, MN 56301 | | Arrearage | | $24,648.59 |
| Mullen & Henzell LLP<br>112 East Victoria Street<br>Santa Barbara, CA 93101 | | Attorney for - Oxnard GSRS Holdings LLC | | $8,102.55 |
| Mancini and Associates<br>15303 Ventura Blvd  Ste 600<br>Sherman Oaks, CA 91403 | | Attorney for - Marie Haxton | | $7,500.00 |
| Jordanos Food Service<br>550 South Patterson Avenue<br>Santa Barbara, CA 93111 | | Arrearage | | $3,277.36 |
| Starbucks Coffee Company<br>PO Box 84348<br>Seattle, WA  98124-5648 | | Arrearage | | $2,575.44 |
| Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | | Arrearage | | $1,974.66 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

IN RE: **Oxnard GSRS Holdings LLC**

Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FirstComp<br>PO Box 30020<br>Omaha, NE 68103-1120 | | Arrearage | | $1,911.60 |
| Commtrak<br>17493 Nassau Commons<br>Lewes, DE 19958 | | Arrearage | | $925.42 |
| Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | | Arrearage | | $802.21 |
| SeaBreeze Landscape Care<br>PO Box 4485<br>Ventura, CA 93007 | | Arrearage | | $500.00 |
| Waffles of California Inc<br>PO Box 1448<br>Brea, CA 92822-1448 | | Arrearage | | $470.00 |
| Pyramid Pool and Spa Service<br>PO Box 313<br>Ventura, CA 93003 | | Arrearage | | $449.49 |
| Genares<br>PO Box 3338<br>Grapevine, TX 76099 | | Arrearage | | $414.16 |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:  **Oxnard GSRS Holdings LLC**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 2

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, Including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ThyssenKrupp Elevator<br>PO Box 933013<br>Atlanta, GA 31193-3013 | | Arrearage | | $372.72 |
| Staples Business Advantage<br>Dept DET<br>PO Box 83689<br>Chicago, IL  60696-3689 | | Arrearage | | $328.01 |
| GrandStay Hospitality LLC<br>24707 County Road 75<br>St. Augusta, MN 56301 | | Arrearage | | $308.00 |
| PQL<br>2285 Ward Avenue<br>Simi Valley, CA  93065 | | Arrearage | | $283.69 |
| ProFillment<br>2432 S Sheridan<br>Wichita, KS 67217 | | Arrearage | | $279.95 |
| MWH Services Inc<br>4170 Thielman Lane<br>St Cloud, MN 56302-0159 | | Arrearage | | $226.28 |
| Cintas<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | | Arrearage | | $219.62 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:    **Oxnard GSRS Holdings LLC**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**by David Dodart, Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__ **07/06/2009** _____    Signature:_____

*Oxnard GSRS, LLC*
**by David Dodart, Managing Member**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                                            CHAPTER   11
**Oxnard GSRS Holdings LLC**


DEBTOR(S)                                                         CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Oxnard GSRS, LLC 24707 County Road 75 St Augusta, MN 56301 | Member | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **by David Dodart, Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __07/06/2009_____                    Signature: _____

                                         *Oxnard GSRS, LLC*
                                         **by David Dodart, Managing Member**

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Joseph M. Sholder Bar No. 126347<br>GRIFFITH & THORNBURGH, LLP<br>8 E. Figueroa Street - 3rd Floor<br>Santa Barbara, CA 93101<br>Phone: 805-965-5131<br>Fax: 805-965-6751 | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Oxnard GSRS Holdings, LLC | CHAPTER 11<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
    138 Powers Avenue
    Santa Barbara, CA 93103

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    138 Powers Avenue
    Santa Barbara, CA 93103

3. Disclose the current business address(es) for all corporate officers:
    Not applicable.

4. Disclose the current business address(es) where the Debtor's books and records are located:
    24707 County Road 75
    St. Augusta, MN 56301

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

American LegalNet, Inc.
www.FormsWorkflow.com

Case 9:09-bk-12665-RR    Doc 1    Filed 07/06/09    Entered 07/06/09 15:23:07    Desc
Main Document        Page 13 of 59
Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)

**VEN-C**

| In re<br>Oxnard GSRS Holdings, LLC                    Debtor. | CHAPTER 11<br>CASE NUMBER |
|---|---|

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
2211 E. Gonzales Road
Oxnard, CA  93026

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
None.

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):
David Dodart, 138 Powers Avenue, Santa Barbara, California, managing member of Oxnard GSRS, LLC, the managing member of Oxnard GSRS Holdings, LLC.

8.    Total number of attached pages of supporting documentation: _____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___6___ day of July , 2009, at Santa Barbara, California.

David Dodart
*Type Name of Officer*

Managing Member of Oxnard GSRS, LLC
*Position or Title of Officer*

_____
*Signature of Declarant*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

    _____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None
    _____

    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____

    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Santa Barbara_____, California.

_____
Debtor
Oxnard GSRS Holdings, LLC, by Oxnard GSRS, LLC,
by David Dodart, managing member

Dated July 6, 2009_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

American LegalNet, Inc.
www.FormsWorkflow.com

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re  **Oxnard GSRS Holdings LLC**

Case No.

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $12,900,000.00 | | |
| B - Personal Property | Yes | 4 | $160,644.51 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $9,480,169.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $56,782.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 16 | $13,060,644.51 | $9,536,952.11 | |

B6A (Official Form 6A) (12/07)

In re  **Oxnard GSRS Holdings LLC**                                    Case No.  _____

                                                                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 57-Room Hotel located at 2211 E. Gonzales Road, Oxnard, CA 93026 | 100% | | $12,900,000.00 | $9,458,324.32 |
| | | Total: | $12,900,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Oxnard GSRS Holdings LLC**                                      Case No. _____

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty cash | | $1,568.25 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct. # 705001854 (GSRS Holdings, LLC) | | $173.22 |
| | | Checking Acct. # 6501338 (Oxnard GSRS Holdings, LLC) | | $79.73 |
| | | Checking Acct. # 6501311 (Oxnard GSRA Operating) | | $28,291.95 |
| | | Checking Acct # 10002400 (Oxnard GrandStay Residential Suites) | | $1,568.25 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Oxnard GSRS Holdings LLC**                                    Case No. _____

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See attached Rider # 1. | $33,318.33 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

**Grandstay Residential Suites Hotel**
Oxnard, CA 93036
Property ID: 07

NiteVision 2008 HF4
6/27/2009 7:30:56 AM
Printed By: Joe Mendez

## Aging Report
### As of: 6/27/2009

| Account# | Customer Code | Customer | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 71 | | Amiad Filtration Systems | $1,648.35 | $0.00 | $0.00 | $0.00 | $0.00 | $1,648.35 |
| 19 | | Cal-Coast Machinery | $0.00 | $0.00 | $0.00 | $0.00 | ($21.89) | ($21.89) |
| 82 | | Camarillo Community Church | $3,976.26 | $0.00 | $0.00 | $0.00 | $0.00 | $3,976.26 |
| 102 | | Cool Pak | $3,633.61 | $549.45 | $329.67 | $0.00 | $0.00 | $4,512.73 |
| 96 | | Expedia | $996.04 | $1,148.82 | $0.00 | $0.00 | $0.00 | $2,144.86 |
| 76 | | Harbor Freight Tools | $2,724.33 | $1,213.59 | $483.45 | $0.00 | $0.00 | $4,421.37 |
| 26 | | Hilton Garden Inn | $142.89 | $0.00 | $0.00 | $0.00 | $0.00 | $142.89 |
| 27 | | Kane Is Able, Inc. | $1,571.57 | $0.00 | $0.00 | $0.00 | $0.00 | $1,571.57 |
| 37 | | Reis Robotics | $10,854.00 | $0.00 | $0.00 | $0.00 | ($594.00) | $10,260.00 |
| 69 | | Sanmills | $0.00 | $0.00 | $0.00 | $0.00 | ($362.67) | ($362.67) |
| 11 | | St John's Reg. Med.Cntr & PV Hosp. | $184.89 | $0.00 | $0.00 | $0.00 | $0.00 | $184.89 |
| 97 | | Staff Care | $0.00 | $0.00 | $0.00 | $1,428.57 | $0.00 | $1,428.57 |
| 78 | | Sysco Food Services Of Ventura | $0.00 | $0.00 | $0.00 | $0.00 | ($890.01) | ($890.01) |
| 80 | | Taylor Family | $3,911.63 | $0.00 | $0.00 | $0.00 | $0.00 | $3,911.63 |
| 68 | | Tri-Counties Regional Centers | $0.00 | $126.39 | $0.00 | $0.00 | $0.00 | $126.39 |
| 107 | | Ventura County Business Bank | $263.89 | $0.00 | $0.00 | $0.00 | $0.00 | $263.89 |
| **Totals:** | | | **$29,907.46** | **$3,038.25** | **$813.12** | **$1,428.57** | **($1,869.07)** | **$33,318.33** |

**RIDER #1 TO SCHEDULE B**

B6B (Official Form 6B) (12/07) — Cont.

In re  **Oxnard GSRS Holdings LLC**                                    Case No.  _____
                                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached Rider # 2. | $18,843.54 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Franchise Agreement with Grandstay Hospitality, LLC | $35,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

| Unliquidated Claims | Amount |
|---|---|
| Pacific Coast MotorSports | $ 5,374.49 |
| Mr. Chapman | $ 5,731.85 |
| Mrs. Flores | $ 2,395.52 |
| Mr. Williams | $ 3,208.88 |
| Mrs. Counts | $ 839.30 |
| Mr. Overmeyer | $ 1,293.50 |

**RIDER # 2 TO SCHEDULE B**

B6B (Official Form 6B) (12/07) – Cont.

In re  **Oxnard GSRS Holdings LLC**                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Rider # 3. | $3,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Rider # 4. | $22,700.00 |
| 30. Inventory. | | See attached Rider # 5. | $15,451.24 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)                          **Total >**    | **$160,644.51**

| Office Equipment , Furnishings , and Supplies | Estimate |
|---|---|
| 3 Computers | $ 900.00 |
| 3 Monitors | $ 150.00 |
| Mitel Phone System | $ 300.00 |
| Mitel 5212 IP phone | $   50.00 |
| 1 Laptop | $ 450.00 |
| 1 Fax Machine/ Copier | $ 450.00 |
| 1 Hp all in one | $ 400.00 |
| 2 Office Desk | $ 150.00 |
| Office Drawers | $   50.00 |
| 2 Office Filing Cabinet | $ 150.00 |
| 2 Binder/ Book Shelves | $ 150.00 |
| 1 Shredder | $   50.00 |
| 1 Safe | $ 200.00 |
| 1 small fridge | $   75.00 |
| 1 Microwave | $   75.00 |
| 1 Office Chair | $   50.00 |

3.

**RIDER # 3 TO SCHEDULE B**

| List of Machinery, Fixtures and Equipment for business | $Estimate |
|---|---|
| 1 Refrigerator | $ 1,500.00 |
| 1 Freezer | $ 1,500.00 |
| 2 Commercial Microwaves | $ 500.00 |
| 1 Chafing Dish | $ 150.00 |
| 2 Water heaters | $10,000.00 |
| 1 Pressure Washer | $ 200.00 |
| 1 Rayobi Drill | $ 100.00 |
| About $3,000.00 worth of supplies for maintenace | * |
| 2 pantry Refrigerator | $ 250.00 |
| 1 Ice maker | $ 2,500.00 |
| Around $3,000.00 worth of Room supplies | # |

* This includes Filters, Lamp shades, Light Bulbs, Ladders,
Tools, and Supplies for any hotel Maintenece issue.


# This includes shampoo, conditioner, lotion,
Toiletries, toilet paper, paper towels , dishes, pots and pans.

**RIDER # 4 TO SCHEDULE B**

# ETC MANAGEMENT MONTHLY LINEN INVENTORY

PROPERTY: _____ Grandstay Oxnard

DATE: _____ 5/31/2009

| TYPE OF LINEN | IN ROOMS | LAUNDRY | STORAGE RM | TOTAL INVENTORY | PREVIOUS MO. | USAGE | ACT | IDEAL PAR | TOTAL TO ORDER |
|---|---|---|---|---|---|---|---|---|---|
| BATH TOWELS | 228 | | 125 | 353 | 368 | 15 | 1.5 | 3 | 0 $1,246.09 |
| HAND TOWELS | 171 | | 70 | 241 | 320 | 79 | 1.4 | 3 | 0 $262.67 |
| WASH CLOTHS | 171 | | 216 | 387 | 284 | -103 | 2.3 | 3 | 0 $247.68 |
| BATH MATS | 57 | | 65 | 122 | 109 | -13 | 2.1 | 3 | 0 $981.90 |
| QUEEN FITTED | 70 | | 59 | 129 | 149 | 20 | 1.8 | 3 | 0 $690.77 |
| QUEEN STRIPED | 70 | | 27 | 97 | 110 | 13 | 1.4 | 3 | 0 $165.79 |
| QUEEN FLAT | 70 | | 30 | 100 | 120 | 20 | 1.4 | 3 | 0 $680.00 |
| | | | | 0 | 0 | 0 | | 3 | 0 |
| PILLOW PROTECTORS | 280 | | 80 | 360 | 375 | 15 | 1.3 | 3 | 0 $522.00 |
| PILLOW CASES | 130 | | 63 | 193 | 250 | 57 | 1.5 | 3 | 0 $241.25 |
| SHAMS-Striped | 130 | | 111 | 241 | 189 | -52 | 1.9 | 3 | 0 $551.89 |
| PILLOWS | 280 | | 14 | 294 | 316 | 22 | 1.1 | 3 | $1,161.20 |
| COMFORTERS | 57 | | 1 | 58 | 62 | 4 | 1 | 3 | $2,750.36 |
| CREAM BLANKETS | 57 | | 7 | 64 | 61 | -3 | 1.1 | 3 | $747.84 |
| GREEN THROWS | 45 | | 3 | 48 | 47 | -1 | 1.1 | 3 | ? |
| POOL TOWELS | 0 | | 9 | 9 | 21 | 12 | | 3 | $660.05 |
| SOFA BED FITTED | 57 | | 21 | 78 | 66 | -12 | 1.4 | 3 | $453.96 |
| SOFA BED FLAT | 57 | | 13 | 70 | 71 | 1 | 1.2 | 3 | $394.80 |
| Pillows-King | 86 | | 0 | 86 | 86 | 0 | 1 | 3 | $527.18 |
| PILLOW cases KING | 86 | | 90 | 176 | 158 | -18 | 2 | 3 | $300.96 |
| VACUUMS | 0 | | 11 | 11 | 7 | -4 | | 3 | $3,015.00 |
| Pillow Protectors King | 86 | | 65 | 151 | 0 | -151 | | 3 | $323.14 |

TOTAL = $15,451.24

RIDER # 5 TO SCHEDULE B

# ETC MANAGEMENT MONTHLY LINEN INVENTORY

PROPERTY: ___ Grandstay Oxnard

DATE: ___ 4/30/2009

| TYPE OF LINEN | IN ROOMS | LAUNDRY | STORAGE RM | TOTAL INVENTORY | PREVIOUS MO. | USAGE | ACT/IDEAL | PAR | TOTAL TO ORDER |
|---|---|---|---|---|---|---|---|---|---|
| BATH TOWELS | 228 | 102 | | 330 | 368 | 38 | 1.4 | 3 | 0 |
| HAND TOWELS | 171 | 138 | | 309 | 320 | 11 | 1.8 | 3 | 0 |
| WASH CLOTHS | 171 | 90 | | 261 | 284 | 23 | 1.5 | 3 | 0 |
| BATH MATS | 57 | 54 | | 111 | 109 | -2 | 1.9 | 3 | 0 |
| | | | | 0 | 0 | 0 | | 3 | 0 |
| QUEEN FLAT | 70 | 37 | | 107 | 120 | 13 | 1.5 | 3 | 0 |
| QUEEN STRIPED | 70 | 38 | | 108 | 110 | 2 | 1.5 | 3 | 0 |
| QUEEN FITTED | 70 | 59 | | 129 | 149 | 20 | 1.8 | 3 | 0 |
| SHAMS-Striped | 130 | 77 | | 207 | 189 | -18 | 1.6 | 3 | 0 |
| PILLOW CASES | 130 | 73 | | 203 | 250 | 47 | 1.6 | 3 | 0 |
| PILLOW PROTECTORS | 280 | 72 | | 352 | 375 | 23 | 1.3 | 3 | 0 |
| PILLOWS | 280 | 21 | | 301 | 316 | 15 | 1.1 | 3 | |
| COMFORTERS | 57 | 4 | | 61 | 62 | 1 | 1.1 | 3 | |
| CREAM BLANKETS | 57 | 1 | | 58 | 61 | 3 | 1 | 3 | |
| GREEN THROWS | 45 | 0 | | 45 | 47 | 2 | 1 | 3 | 0 |
| POOL TOWELS | 0 | 10 | | 10 | 21 | 11 | | 3 | |
| SOFA BED FITTED | 57 | 19 | | 76 | 66 | -10 | 1.3 | 3 | |
| SOFA BED FLAT | 57 | 19 | | 76 | 71 | -5 | 1.3 | 3 | |
| Pillows-King | 86 | 2 | | 88 | 86 | -2 | 1 | 3 | 0 |
| PILLOW cases KING | 86 | 77 | | 163 | 158 | -5 | 1.9 | 3 | |
| VACUUMS | 0 | 11 | | 11 | 7 | -4 | | 3 | |
| | | | | | | | | | |
| Pillow Protectors King | 86 | 71 | | 157 | 0 | -157 | | 3 | |

RIDER # 5 TO SCHEDULE B

B6C (Official Form 6C) (12/07)

In re  **Oxnard GSRS Holdings LLC**                                    Case No. _____
                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Oxnard GSRS Holdings LLC**                    Case No. _____

                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> Gregory B Koltun Esq <br> Morrison & Foerster LLP <br> 555 West Fifth Street <br> Los Angeles, CA 90013-1024 | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Attorney for - Malden Lane Mortgage** <br> COLLATERAL: <br> , <br> REMARKS: <br><br> VALUE: $0.00 | | | | $0.00 | |
| ACCT #: <br><br> **Malden Lane Commercial Mortgage** <br> c/o Bank of America <br> PO Box 65585 <br> Charlotte, NC 28265-0585 | X | DATE INCURRED: <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **57-Room Hotel** <br> REMARKS: <br><br> VALUE: $12,900,000.00 | | | | $9,458,324.32 | |
| ACCT #: xx5396 <br><br> **Ventura County Tax Collector** <br> 800 South Victoria Avenue <br> Ventura, CA 93009-1290 | | DATE INCURRED: 6/30/07 <br> NATURE OF LIEN: <br> **Taxes** <br> COLLATERAL: <br> **Personal Property** <br> REMARKS: <br><br> VALUE: $9,416.45 | | | | $9,416.45 | |
| ACCT #: xx4722 <br><br> **Ventura County Tax Collector** <br> 800 South Victoria Avenue <br> Ventura, CA 93009-1290 | | DATE INCURRED: 6/28/08 <br> NATURE OF LIEN: <br> **Taxes** <br> COLLATERAL: <br> **Personal Property** <br> REMARKS: <br><br> VALUE: $8,295.50 | | | | $8,295.50 | |
| | | Subtotal (Total of this Page) > | | | | $9,476,036.27 | $0.00 |
| | | Total (Use only on last page) > | | | | | |

___1___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Oxnard GSRS Holdings LLC**                Case No. _____

                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx-x-xx0-175<br><br>**Ventura County Tax Collector**<br>**800 South Victoria Avenue**<br>**Oxnard, CA 93009-1290** | | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br><br>VALUE: **$1,252.76** | | | | **$1,252.76** | |
| ACCT #: xxx-x-xx0-165<br><br>**Ventura County Tax Collector**<br>**800 South Victoria Avenue**<br>**Ventura, CA 93009-1290** | | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br><br>VALUE: **$2,880.62** | | | | **$2,880.62** | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$4,133.38** / $0.00 |
| Total (Use only on last page) > | **$9,480,169.65** / $0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Oxnard GSRS Holdings LLC**                                              Case No. _____

                                                                                            (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Oxnard GSRS Holdings LLC**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**California Strawberry Festival**<br>**1661 Pacific Avenue  Ste 15**<br>**Oxnard, CA 93030** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $140.00 |
| ACCT #:  xxxxxxx-0001<br>**Cintas**<br>**97627 Eagle Way**<br>**Chicago, IL 60678-9760** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $219.62 |
| ACCT #:<br>**Commtrak**<br>**17493 Nassau Commons**<br>**Lewes, DE  19958** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $925.42 |
| ACCT #:  xxxxxxxxx-0001<br>**Ecolab Pest Elimination Div**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $111.15 |
| ACCT #:<br>**ETC Enterprises Inc**<br>**24707 County Road 75**<br>**St Augusta, MN 56301** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $24,648.59 |
| ACCT #:  xxxx-x7623<br>**EthoStream**<br>**10200 Innovation Drive  Ste 300**<br>**Milwaukee WI  53226** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $85.50 |

Subtotal >   $26,130.28

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

____5____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Oxnard GSRS Holdings LLC**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Events Leisure International**<br>**116-A Barranca Avenue**<br>**Santa Barbara, CA 93109** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $150.00 |
| ACCT #:  xxxxxxxx89-03<br>**FirstComp**<br>**PO Box 30020**<br>**Omaha, NE 68103-1120** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $1,911.60 |
| ACCT #:<br>**Genares**<br>**PO Box 3338**<br>**Grapevine, TX 76099** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $414.16 |
| ACCT #:<br>**GrandStay Hospitality LLC**<br>**24707 County Road 75**<br>**St. Augusta, MN 56301** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $308.00 |
| ACCT #:  xx9270<br>**Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852-0910** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $1,974.66 |
| ACCT #:  xxx 1440<br>**HD Supply Facilities Maintenance**<br>**PO Box 509058**<br>**San Diego, CA 92150-9058** | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $180.18 |

Sheet no. __1__ of __5__ continuation sheets attached to                          Subtotal >        $4,938.60
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                    (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Oxnard GSRS Holdings LLC**                              Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx1057<br>**Idearc Media Corp - Acct Receivables Dpt**<br>**PO Box 619009**<br>**DFW Airport, TX 75261-9009** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $99.60 |
| ACCT #:  x6896<br>**Jordanos Food Service**<br>**550 South Patterson Avenue**<br>**Santa Barbara, CA 93111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $3,277.36 |
| ACCT #:<br>**Mancini and Associates**<br>**15303 Ventura Blvd  Ste 600**<br>**Sherman Oaks, CA 91403** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Marie Haxton**<br>REMARKS: | | | | $7,500.00 |
| ACCT #:<br>**MJP Technologies Inc**<br>**MJP Computers**<br>**6085 King Drive #102**<br>**Ventura, CA  93003** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $95.00 |
| ACCT #:<br>**Mullen & Henzell LLP**<br>**112 East Victoria Street**<br>**Santa Barbara, CA 93101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Oxnard GSRS Holdings LLC**<br>REMARKS: | | | | $8,102.55 |
| ACCT #:  xxxx3008<br>**MWH Services Inc**<br>**4170 Thielman Lane**<br>**St Cloud, MN 56302-0159** | | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $226.28 |

Sheet no. ___2___ of ___5___ continuation sheets attached to                    Subtotal >    $19,300.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                        (Use only on last page of the completed Schedule F.)
                (Report also on Summary of Schedules and, if applicable, on the
                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Oxnard GSRS Holdings LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx6808<br>**PQL**<br>**2285 Ward Avenue**<br>**Simi Valley, CA  93065** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $283.69 |
| ACCT #:<br>**ProFillment**<br>**2432 S Sheridan**<br>**Wichita, KS 67217** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $279.95 |
| ACCT #:<br>**Pyramid Pool and Spa Service**<br>**PO Box 313**<br>**Ventura, CA  93003** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $449.49 |
| ACCT #:<br>**SeaBreeze Landscape Care**<br>**PO Box 4485**<br>**Ventura, CA  93007** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**Standard Textile**<br>**PO Box 0302**<br>**Cincinnati, OH 45263-0302** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $165.47 |
| ACCT #:<br>**Staples Business Advantage**<br>**Dept DET**<br>**PO Box 83689**<br>**Chicago, IL  60696-3689** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $328.01 |

Sheet no. ____3____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,006.61

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Oxnard GSRS Holdings LLC**                    Case No. _____

                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx6773<br>**Starbucks Coffee Company**<br>PO Box 84348<br>Seattle, WA 98124-5648 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $2,575.44 |
| ACCT #:<br>**ThyssenKrupp Elevator**<br>PO Box 933013<br>Atlanta, GA 31193-3013 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $372.72 |
| ACCT #:<br>**Time Warner Cable**<br>PO Box 60074<br>City of Industry, CA 91716-0074 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $802.21 |
| ACCT #:<br>**USA Today**<br>305 Seaboard Lane Ste 301<br>Franklin, TN 37067-8288 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $91.04 |
| ACCT #:<br>**Ventura County Star**<br>PO Box 6006<br>Camarillo, CA 93011-6006 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $60.80 |
| ACCT #: 6698<br>**Waffles of California Inc**<br>PO Box 1448<br>Brea, CA 92822-1448 | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $470.00 |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,372.21

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Oxnard GSRS Holdings LLC**                     Case No. _____

                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**World Choice Travel**<br>**11300 US Highway One  Ste 300**<br>**North Palm Beach, FL  33408-3236** | | | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | | | | $33.97 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $33.97 |
|---|---|---|
|  | Total > | $56,782.46 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Oxnard GSRS Holdings LLC**                              Case No. _____
                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ETC Enterprises, Inc.**<br>24707 County Road 75<br>St Augusta, MN  56301 | Hotel Management Contract |
| **GrandStay Hospitality LLC**<br>24707 County Road 75<br>St Augusta, MN  56301 | Franchise Agreement |

B6H (Official Form 6H) (12/07)

In re **Oxnard GSRS Holdings LLC**                                                                   Case No. _____

                                                                                                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Dodart**<br>138 Powers Avenue<br>Santa Barbara, CA 93103 | **Maiden Lane Commercial Mortgage**<br>c/o Bank of America<br>PO Box 65585<br>Charlotte, NC 28265-0585 |

                                                                         (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **by David Dodart, Managing Member** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **18** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **07/06/2009** _____     Signature _____

                                          **Oxnard GSRS, LLC**
                                          **by David Dodart, Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                              Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,262,172.02** | **2007** |
| **$1,407,636.93** | **2008** |
| **$373,669.43** | **Jan. 1, 2009 to May 31, 2009** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider #6 | | | |

None
☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# GS - Oxnard, CA
## Check Register
### For the Period From Apr 1, 2009 to Jun 30, 2009

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee ID | Payee | Amount |
|---|---|---|---|---|
| 3234 | 4/22/09 | Profil-01 | ProFillment | 423.18 |
| 3235 | 4/22/09 | Pyrami-01 | Pyramid Pool and Spa Service | 697.29 |
| 3236 | 4/22/09 | Qualit-02 | QualityTrack | 72.00 |
| 3237 | 4/22/09 | Staple-01 | Staples Business Advantage | 236.18 |
| 3238 | 4/22/09 | Starbu-01 | Starbucks Coffee Company | 248.88 |
| 3239 | 4/22/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 735.89 |
| 3240 | 4/22/09 | Thysse-01 | ThyssenKrupp Elevator | 186.36 |
| 3241 | 4/22/09 | Time-01 | Time Warner Cable | 991.66 |
| 3242 | 4/22/09 | USA-01 | USA Today | 93.10 |
| 3243 | 4/22/09 | Ventur-03 | Ventura County Star | 60.80 |
| 3244 | 4/22/09 | Verizo-01 | Verizon California | 402.16 |
| 3245 | 4/22/09 | Waffle-01 | Waffles of California, Inc. | 101.00 |
| 3246 | 4/22/09 | ETC-02 | ETC Enterprises - Payroll Account | 3,648.66 |
| 3247 | 4/22/09 | | Beatris Palomares | 150.00 |
| 3248 | 4/29/09 | AAA-01 | AAA Tourism Information Develop | 150.00 |
| 3249 | 4/29/09 | ETC-01 | ETC Enterprises, Inc. | 26.83 |
| 3250 | 4/29/09 | Grands-01 | GrandStay Hospitality, LLC | 616.00 |
| 3251 | 4/29/09 | Guest-01 | Guest Supply | 156.18 |
| 3252 | 4/29/09 | Home-01 | HD Supply Facilities Maintenance | 243.04 |
| 3253 | 4/29/09 | JAM-01 | JAM Fire Protection, Inc. | 458.63 |
| 3254 | 4/29/09 | Koolco-01 | Koolco Mechanical, Inc. | 272.09 |
| 3255 | 4/29/09 | Mullen-01 | Mullen & Henzell L.L.P. | 2,383.36 |
| 3256 | 4/29/09 | Oxnard-04 | Oxnard Ace Hardware | 218.51 |
| 3257 | 4/29/09 | Ponder-01 | Ponderosa Office Supply | 269.12 |
| 3258 | 4/29/09 | Profil-01 | ProFillment | 107.18 |
| 3259 | 4/29/09 | Seabre-01 | SeaBreeze Landscape Care, Inc. | 500.00 |
| 3260 | 4/29/09 | Standa-01 | Standard Textile | 993.12 |
| 3261 | 4/29/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 581.25 |
| 3262 | 4/29/09 | Tri-01 | Tri-County Locksmiths | 134.00 |
| 3263 | 4/29/09 | Wells-01 | Wells Fargo Financial Leasing | 403.77 |
| 3264 | 5/4/09 | Kather-01 | Katherine J. Edwards | 2,000.00 |
| 3265 | 5/5/09 | Fedex-01 | FedEx | 9.18 |
| 3266 | 5/6/09 | Grands-01 | GrandStay Hospitality, LLC | 2,782.50 |
| 3267 | 5/6/09 | Creati-01 | Creative Breakfast Concepts, Inc. | 311.00 |

**RIDER # 6**

6/25/09 at 10:41:15.62

## GS - Oxnard, CA
### Check Register
### For the Period From Apr 1, 2009 to Jun 30, 2009

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee ID | Payee | Amount |
|---------|------|----------|-------|--------|
| 3268 | 5/6/09 | ETC-01 | ETC Enterprises, Inc. | 490.00 |
| 3269 | 5/6/09 | Ethost-01 | EthoStream | 85.50 |
| 3270 | 5/6/09 | Grands-01 | GrandStay Hospitality, LLC | 176.00 |
| 3271 | 5/6/09 | Guest-01 | Guest Supply | 911.58 |
| 3272 | 5/6/09 | Home-01 | HD Supply Facilities Maintenance | 379.72 |
| 3273 | 5/6/09 | Ideare-01 | Ideare Media Corp. | 99.62 |
| 3274 | 5/6/09 | MWH-01 | MWH Services, Inc. | 54.17 |
| 3275 | 5/6/09 | Ponder-01 | Ponderosa Office Supply | 490.45 |
| 3276 | 5/6/09 | Profil-01 | ProFillment | 672.73 |
| 3277 | 5/6/09 | Sequoi-01 | Sequoia Insurance Company | 1,801.00 |
| 3278 | 5/6/09 | Southe-01 | Southern California Edison | 2,220.07 |
| 3279 | 5/6/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 2,065.96 |
| 3280 | 5/6/09 | Thysse-01 | ThyssenKrupp Elevator | 186.36 |
| 3281 | 5/6/09 | Ventur-03 | Ventura County Star | 30.40 |
| 3282 | 5/6/09 | Verizo-01 | Verizon California | 205.99 |
| 3283 | 5/6/09 | Vision-01 | Vision Purchasing Group | 813.19 |
| 3284 | 5/6/09 | Waffle-01 | Waffles of California, Inc. | 141.00 |
| 3285 | 5/7/09 | ETC-02 | ETC Enterprises - Payroll Account | 4,426.40 |
| 3286 | 5/13/09 | ETC-01 | ETC Enterprises, Inc. | 42.84 |
| 3287 | 5/13/09 | Joe-01 | Joe Mendez | 1,498.40 |
| 3288 | 5/13/09 | Petty-01 | GrandStay - Petty Checking Accou | 1,074.53 |
| 3289 | 5/15/09 | Mancin-01 | Mancini and Associates | 8,500.00 |
|  | 5/20/09 | Gas-01 | The Gas Company | 702.97 |
| 3290 | 5/20/09 | Cintas-01 | Cintas | 284.76 |
| 3291 | 5/20/09 | City-01 | City of Oxnard | 746.45 |
| 3292 | 5/20/09 | City-02 | City of Oxnard | 4,992.08 |
| 3293 | 5/20/09 | Creati-01 | Creative Breakfast Concepts, Inc. | 529.97 |
| 3294 | 5/20/09 | Ecolab-02 | Ecolab Pest Elim. Div. | 111.15 |
| 3295 | 5/20/09 | ETC-01 | ETC Enterprises, Inc. | 13.75 |
| 3296 | 5/20/09 | Grands-01 | GrandStay Hospitality, LLC | 1,607.53 |
| 3297 | 5/20/09 | Guest-01 | Guest Supply | 784.94 |
| 3298 | 5/20/09 | PQL-01 | PQL | 63.94 |
| 3299 | 5/20/09 | Pyrami-01 | Pyramid Pool and Spa Service | 505.47 |
| 3300 | 5/20/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 867.41 |

**RIDER # 6**

6/25/09 at 10:41:15.67

# GS - Oxnard, CA
## Check Register
### For the Period From Apr 1, 2009 to Jun 30, 2009

Filter Criteria includes: Report order is by Date.

| Check #. | Date | Payee ID | Payee | Amount |
|---|---|---|---|---|
| 3301 | 5/20/09 | Time-01 | Time Warner Cable | 991.66 |
| 3302 | 5/20/09 | Travel-02 | TravelNow.com, Inc. | 21.58 |
| 3303 | 5/20/09 | Ventur-03 | Ventura County Star | 15.20 |
| 3304 | 5/22/09 | ETC-02 | ETC Enterprises - Payroll Account | 4,315.74 |
| 3305 | 5/28/09 | Cintas-01 | Cintas | 44.81 |
| 3306 | 5/28/09 | MJP-01 | MJP Technologies, Inc. | 142.50 |
| 3307 | 5/28/09 | Mullen-01 | Mullen & Henzell L.L.P. | 8,994.94 |
| 3308 | 5/28/09 | MWH-01 | MWH Services, Inc. | 56.47 |
| 3309 | 5/28/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 598.33 |
| 3310 | 5/28/09 | Wells-01 | Wells Fargo Financial Leasing | 440.90 |
| 3247V | 5/28/09 | | Beatris Palomares | -150.00 |
| 3311 | 5/28/09 | | Beatris Palomares | 150.00 |
| 3312 | 6/3/09 | Allian-01 | Alliance Reservations Network | 100.91 |
| 3313 | 6/3/09 | ETC-01 | ETC Enterprises, Inc. | 502.74 |
| 3314 | 6/3/09 | Home-01 | HD Supply Facilities Maintenance | 516.21 |
| 3315 | 6/3/09 | MWH-01 | MWH Services, Inc. | 56.47 |
| 3316 | 6/3/09 | Qualit-02 | QualityTrack | 72.00 |
| 3317 | 6/3/09 | Southe-01 | Southern California Edison | 2,284.09 |
| 3318 | 6/3/09 | Standa-01 | Standard Textile | 650.54 |
| 3319 | 6/3/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 816.29 |
| 3320 | 6/3/09 | USA-01 | USA Today | 117.92 |
| 3321 | 6/3/09 | Ventur-03 | Ventura County Star | 45.60 |
| 3322 | 6/3/09 | Verizo-01 | Verizon California | 607.23 |
| 3323 | 6/5/09 | ETC-02 | ETC Enterprises - Payroll Account | 4,087.33 |
| 3324 | 6/10/09 | Grands-01 | GrandStay Hospitality, LLC | 3,195.00 |
| 3325 | 6/10/09 | Cintas-01 | Cintas | 538.49 |
| 3326 | 6/10/09 | City-01 | City of Oxnard | 512.02 |
| 3327 | 6/10/09 | Dragon-01 | Draganchuk Alarm Systems, Inc. | 93.00 |
| 3328 | 6/10/09 | ETC-01 | ETC Enterprises, Inc. | 29.43 |
| 3329 | 6/10/09 | Ethost-01 | EthoStream | 85.50 |
| 3330 | 6/10/09 | Grands-01 | GrandStay Hospitality, LLC | 426.03 |
| 3331 | 6/10/09 | Guest-01 | Guest Supply | 1,338.62 |
| 3332 | 6/10/09 | Hilton-01 | Hilton Garden Inn | 101.80 |
| 3333 | 6/10/09 | Idearc-01 | Idearc Media Corp. | 99.60 |

**RIDER # 6**

6/25/09 at 10:41:15.71

## GS - Oxnard, CA
### Check Register
### For the Period From Apr 1, 2009 to Jun 30, 2009

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee ID | Payee | Amount |
|---|---|---|---|---|
| 3334 | 6/10/09 | Profil-01 | ProFillment | 63.94 |
| 3335 | 6/10/09 | Seabre-01 | SeaBreeze Landscape Care, Inc. | 514.50 |
| 3336 | 6/10/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 1,241.25 |
| 3337 | 6/10/09 | Thysse-01 | ThyssenKrupp Elevator | 186.36 |
| 3338 | 6/10/09 | Vision-01 | Vision Purchasing Group | 254.09 |
| 3339 | 6/10/09 | Waffle-01 | Waffles of California, Inc. | 94.00 |
| 3340 | 6/10/09 | World-01 | World Choice Travel | 21.98 |
|  | 6/15/09 | Time-01 | Time Warner Cable | 797.46 |
|  | 6/15/09 | Time-01 | Time Warner Cable | 99.95 |
| 3341 | 6/16/09 | Mancin-01 | Mancini and Associates | 7,500.00 |
| 3342 | 6/17/09 | Automo-01 | Automobile Club of Southern Calif | 150.00 |
| 3343 | 6/17/09 | Joe-01 | Joe Mendez | 1,774.56 |
| 3344 | 6/17/09 | Oxnard-03 | Oxnard GSRS Holdings, LLC | 25,000.00 |
| 3345 | 6/17/09 | Petty-01 | GrandStay - Petty Checking Accou | 893.58 |
| 3346 | 6/17/09 | Ponder-01 | Ponderosa Office Supply | 175.56 |
| 3347 | 6/17/09 | Pyrami-01 | Pyramid Pool and Spa Service | 504.66 |
| 3348 | 6/17/09 | Standa-01 | Standard Textile | 142.09 |
| 3349 | 6/17/09 | Statio-01 | StationeryCentral.com, Inc. | 45.00 |
| 3350 | 6/17/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 1,040.63 |
| 3351 | 6/17/09 | Time-01 | Time Warner Cable | 94.25 |
| 3352 | 6/17/09 | Ventur-03 | Ventura County Star | 15.20 |
|  | 6/19/09 | Gas-01 | The Gas Company | 548.93 |
| 3353 | 6/22/09 | ETC-02 | ETC Enterprises - Payroll Account | 4,144.35 |
| 3354 | 6/24/09 | City-02 | City of Oxnard | 7,311.34 |
| 3355 | 6/24/09 | Ecolab-02 | Ecolab Pest Elim. Div. | 111.15 |
| 3356 | 6/24/09 | ETC-01 | ETC Enterprises, Inc. | 23.43 |
| 3357 | 6/24/09 | Genare-01 | Genares | 1,042.87 |
| 3358 | 6/24/09 | Grands-01 | GrandStay Hospitality, LLC | 1,245.02 |
| 3359 | 6/24/09 | Hampto-01 | Hampton | 410.93 |
| 3360 | 6/24/09 | Joe-01 | Joe Mendez | 3,169.78 |
| 3361 | 6/24/09 | MWH-01 | MWH Services, Inc. | 56.47 |
| 3362 | 6/24/09 | Qualit-02 | QualityTrack | 72.00 |
| 3363 | 6/24/09 | Seabre-01 | SeaBreeze Landscape Care, Inc. | 543.50 |
| 3364 | 6/24/09 | Staple-01 | Staples Business Advantage | 328.01 |

**RIDER # 6**

6/25/09 at 10:41:15.75

# GS - Oxnard, CA
## Check Register
### For the Period From Apr 1, 2009 to Jun 30, 2009

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee ID | Payee | Amount |
|---|---|---|---|---|
| 3365 | 6/24/09 | Sysco-01 | Sysco Food Svcs of Ventura, Inc | 820.95 |
| 3366 | 6/24/09 | USA-01 | USA Today | 91.04 |
| 3367 | 6/24/09 | Ventur-03 | Ventura County Star | 15.20 |
| 3368 | 6/24/09 | Verizo-01 | Verizon California | 406.01 |
| 3369 | 6/24/09 | Vision-01 | Vision Purchasing Group | 487.50 |
| Total | | | | 227,451.16 |

**RIDER # 6**

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                          Case No.  _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| U.S. Bank National Association, as Trustee, etc. vs. Oxnard GSRS Holdings, LLC, et al. 56-2009-00346753-CU-OR-VTA | Complaint for Judicial Foreclosure, etc. | Ventura County Superior Court | Pending |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.        UNITED STATES BANKRUPTCY COURT Page 47 of 59
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                    Case No. _____
                                                                    (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, | |
| NAME AND ADDRESS OF PAYEE | NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Griffith & Thornburgh, LLP | June 19, 2009 | $65,000 |

---

### 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                              Case No. _____

                                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☑
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑
a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                              Case No. _____
                                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                              **DATES SERVICES RENDERED**

**ETC Enterprises, Inc.**
**24707 County Road 75**
**St. Augusta, MN 56301**

---

None ☑
b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**NAME AND ADDRESS**                              **DATE ISSUED**
**Bear Stearns**

**Wells Fargo Bank**

**Bank of America**

**Bank of Santa Barbara**

---

### 20. Inventories

None ☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | **DOLLAR AMOUNT OF INVENTORY** (Specify cost, market or other basis) |
|---|---|---|
| **DATE OF INVENTORY** | **INVENTORY SUPERVISOR** | |
| May 31, 2009 | Joe Mendez, General Manager | $15,451.24 (linen inventory) |

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                                      Case No. _____

                                                                                          (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| April 30, 2009 | Joe Mendez, General Manager<br>GrandStay Residential Suites<br>2211 E. Gonzales Road<br>Oxnard, CA 93036 |
| May 31, 2009 | Joe Mendez, General Manager<br>GrandStay Residential Suites<br>2211 E. Gonzales Road<br>Oxnad, CA 93036 |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| **NAME AND ADDRESS** | **TITLE** | **OF STOCK OWNERSHIP** |
| Oxnard GSRS, LLC<br>24707 County Road 75<br>St. Augusta MN 56301 |  | 100% |

---

**22. Former partners, officers, directors and shareholders**

None
☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Oxnard GSRS Holdings LLC**                                    Case No. _____

                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __07/06/2009__                                    Signature _____

                                                                          *Oxnard GSRS, LLC*
                                                                          *by David Dodart, Managing Member*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:   **Oxnard GSRS Holdings LLC**

CASE NO

CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | as allowed |
| Prior to the filing of this statement I have received: | **$65,000.00** |
| Balance Due: | unknown |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   **Such other matters as are required, excluding those matters set forth in the Retainer Agreement attached to our Application to be Employed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **None.**

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| · **07/06/2009** | JOSEPH M. SHOLDER          Bar No.   126347 |
| Date | GRIFFITH & THORNBURGH, LLP |
| | 8 E. FIGUEROA STREET - 3RD FLR |
| | SANTA BARBARA, CA 93101 |
| | Phone: (805) 965-5131 / Fax: (805) 965-6751 |

---

Oxnard GSRS, LLC
by David Dodart, Managing Member

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:  **Oxnard GSRS Holdings LLC**

CASE NO

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/06/2009

Signature

*Oxnard GSRS, LLC*
*by David Dodart, Managing Member*

Date

Signature

Oxnard GSRS Holdings LLC
2211 East Gonzales Road
Oxnard, CA   93026


Joseph M Sholder
Griffith & Thornburgh LLP
8 E Figueroa Street   Ste 300
Santa Barbara, CA 93101


Office of the United States Trustee
21051 Warner Center Lane   Suite 115
Woodland Hills, CA   91367

California Strawberry Festival
1661 Pacific Avenue  Ste 15
Oxnard, CA 93030


Cintas
97627 Eagle Way
Chicago, IL 60678-9760


Commtrak
17493 Nassau Commons
Lewes, DE  19958


David Dodart
138 Powers Avenue
Santa Barbara, CA 93103


Ecolab Pest Elimination Div
PO Box 6007
Grand Forks, ND 58206-6007


ETC Enterprises Inc
24707 County Road 75
St Augusta, MN 56301


EthoStream
10200 Innovation Drive  Ste 300
Milwaukee WI  53226


Events Leisure International
116-A Barranca Avenue
Santa Barbara, CA 93109

FirstComp
PO Box 30020
Omaha, NE  68103-1120


Genares
PO Box 3338
Grapevine, TX 76099


GrandStay Hospitality LLC
24707 County Road 75
St. Augusta, MN 56301


Gregory B Koltun Esq
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA  90013-1024


Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA  92150-9058


Idearc Media Corp - Acct Receivables Dpt
PO Box 619009
DFW Airport, TX 75261-9009


Jordanos Food Service
550 South Patterson Avenue
Santa Barbara, CA 93111

Maiden Lane Commercial Mortgage
c/o Bank of America
PO Box 65585
Charlotte, NC 28265-0585

Mancini and Associates
15303 Ventura Blvd  Ste 600
Sherman Oaks, CA 91403

MJP Technologies Inc
MJP Computers
6085 King Drive #102
Ventura, CA  93003

Mullen & Henzell LLP
112 East Victoria Street
Santa Barbara, CA 93101

MWH Services Inc
4170 Thielman Lane
St Cloud, MN 56302-0159

Oxnard GSRS Holdings LLC
PO Box 40233
Santa Barbara, CA 93140

PQL
2285 Ward Avenue
Simi Valley, CA  93065

ProFillment
2432 S Sheridan
Wichita, KS 67217

Pyramid Pool and Spa Service
PO Box 313
Ventura, CA  93003


SeaBreeze Landscape Care
PO Box 4485
Ventura, CA  93007


Standard Textile
PO Box 0302
Cincinnati, OH 45263-0302


Staples Business Advantage
Dept DET
PO Box 83689
Chicago, IL  60696-3689


Starbucks Coffee Company
PO Box 84348
Seattle, WA  98124-5648


ThyssenKrupp Elevator
PO Box 933013
Atlanta, GA 31193-3013


Time Warner Cable
PO Box 60074
City of Industry, CA  91716-0074


USA Today
305 Seaboard Lane  Ste 301
Franklin, TN  37067-8288

Ventura County Star
PO Box 6006
Camarillo, CA  93011-6006


Ventura County Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290


Ventura County Tax Collector
800 South Victoria Avenue
Oxnard, CA 93009-1290


Waffles of California Inc
PO Box 1448
Brea, CA 92822-1448


World Choice Travel
11300 US Highway One  Ste 300
North Palm Beach, FL  33408-3236