1  ADAM A. LEWIS (BAR NO. 88736)
   ALewis@mofo.com
2  VINCENT J. NOVAK (BAR NO. 233003)
   VNovak@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Creditor
   U.S. Bank National Association, not
7  Individually but Solely as Trustee for the
   Maiden Land Commercial Mortgage-Backed
8  Securities Trust 2008-1

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVSIION

| In re | Case No. 09-12665 |
|---|---|
| OXNARD GSRS HOLDINGS, LLC, | Chapter 11 |
| Debtor. | STIPULATION RE CASH COLLATERAL HEARING; ORDER |
| | Date: September 15, 2009<br>Time: 10:00 a.m.<br>Place: Hon. Robin Riblet<br>1415 State Street<br>Courtroom 201<br>Santa Barbara, CA |

Debtor and debtor in possession Oxnard GSRS Holdings, LLC (the "Debtor"), and secured creditor U.S. Bank National Association, not Individually but Solely as Trustee for the Maiden Land Commercial Mortgage-Backed Securities Trust 2008-1 (the "Bank"), hereby stipulate as follows:

A. The Debtor owns and operates a hotel in Oxnard, California.

B. The Debtor filed its voluntary petition on July 6, 2009.

STIP AND ORDER RE CASH
COLLATERAL HEARING
sf-2730797

1

1  C. The Bank claims that it holds a security interest in substantially all of the Debtor's
2  assets, including, without limitation, the subject real property and the rents, issues and profits
3  thereof.

4  D. After filing its voluntary petition, the Debtor set a hearing on interim use of the
5  Bank's cash collateral for July14, 2009.

6  E. The hearing on interim use of cash collateral took place as scheduled,. and the Court
7  set a final hearing on use of cash collateral for September 15, 2009 at 10:00 a.m.

8  F. The Bank contends that the value of the real property and related non-cash collateral
9  will be a central issue at the final cash collateral hearing.

10  G. Following the interim cash collateral hearing, the Bank ordered preparation of an
11  appraisal of the real property. The Bank anticipates that the appraisal will be ready sometime
12  towards the week of August 24, 2009.

13  H. After receiving and reviewing the Bank's appraisal, the Debtor may wish to obtain its
14  own appraisal.

15  I. The Bank wishes to have a reasonable opportunity to review the appraisal and prepare
16  and file papers with respect to the final cash collateral hearing, but may not be able to do so on
17  the present schedule.

18  NOW, THEREFORE, the Debtor and the Bank stipulate and agree to a continuance of the
19  final cash collateral hearing (and related opposition and reply dates) of one to two weeks.

20
21
22
23
24
25
26
27
28

STIP AND ORDER RE CASH
COLLATERAL HEARING
sf-2730797

2

| | | |
|---|---|---|
| 1 | Dated: August 25, 2009 | ADAM A. LEWIS<br>VINCENT J. NOVAK |
| 2 | | MORRISON & FOERSTER LLP |
| 4 | | By:  /s/ Adam A. Lewis<br>         ADAM A. LEWIS |
| 6 | | Attorneys for Creditor<br>U.S. Bank National Association, not Individually but Solely as Trustee for the Maiden Land Commercial Mortgage-Backed Securities Trust 2008-1 |
| 9 | Dated: August __, 2009 | JOSEPH M. SHOLDER<br>GRIFFITH & THORNBURGH, LLP |
| 12 | | By: _____<br>        JOSEPH M. SHOLDER |
| 13 | | Attorneys for Debtor and Debtor-in-Possession<br>Oxnard GSRS Holdings, LLC |

## ORDER

Based upon the foregoing stipulation of Oxnard GSRS Holdings, LLC (the "Debtor"), and secured creditor U.S. Bank National Association, not Individually but Solely as Trustee for the Maiden Land Commercial Mortgage-Backed Securities Trust 2008-1 (the "Bank"), and good cause shown therefore,

IT IS HEREBY ORDERED that the final hearing on the Debtor's motion for use of cash collateral is continued from September 15, 2009 at 10:00 a.m. until _____ __, 2009 at __:__.

IT IS FURTHER ORDERED that the deadline for the Bank to file and serve and opposition and the deadline for the Debtor to file and serve any reply are continued, as well, in accordance with the requirements of the Local Bankruptcy Rules.

1  Dated: August __, 2009

ADAM A. LEWIS
VINCENT J. NOVAK
MORRISON & FOERSTER LLP

By: /s/ Adam A. Lewis
ADAM A. LEWIS

Attorneys for Creditor
U.S. Bank National Association, not Individually but Solely as Trustee for the Maiden Land Commercial Mortgage-Backed Securities Trust 2008-1

Dated: August 24, 2009

JOSEPH M. SHOLDER
GRIFFITH & THORNBURGH, LLP

By: _____
JOSEPH M. SHOLDER

Attorneys for Debtor and Debtor-in-Possession
Oxnard GSRS Holdings, LLC

## ORDER

Based upon the foregoing stipulation of Oxnard GSRS Holdings, LLC (the "Debtor"), and secured creditor U.S. Bank National Association, not Individually but Solely as Trustee for the Maiden Land Commercial Mortgage-Backed Securities Trust 2008-1 (the "Bank"), and good cause shown therefore,

IT IS HEREBY ORDERED that the final hearing on the Debtor's motion for use of cash collateral is continued from September 15, 2009 at 10:00 a.m. until _____, 2009 at __:__.

IT IS FURTHER ORDERED that the deadline for the Bank to file and serve and opposition and the deadline for the Debtor to file and serve any reply are continued, as well, in accordance with the requirements of the Local Bankruptcy Rules.

1  Dated: August __, 2009

2

3                                                              _____
                                                               United States Bankruptcy Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND ORDER RE CASH
COLLATERAL HEARING                    4
sf-2730797

| In re:<br>OXNARD GSRS HOLDINGS, LLC,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-12665-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

A true and correct copy of the foregoing document described **STIPULATION RE CASH COLLATERAL HEARING; ORDER,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 25, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Joseph M. Sholder    sholder@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2009 | Margaret McIlhargie | /s/ Margaret McIlhargie |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
sf-2731309

| In re:<br>OXNARD GSRS HOLDINGS, LLC, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-12665-RR |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER ON STIPULATION RE CASH COLLATERAL HEARING,** was entered on the date indicated "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 25, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Joseph M. Sholder    sholder@g-tlaw.com
- Adam A. Lewis    alewis@mofo.com
- Vincent J. Novak    vnovak@mofo.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**
sf-2731337