**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
POST OFFICE BOX 9
SANTA BARBARA, CA 93102-0009
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

(SPACE BELOW FOR FILING STAMP ONLY)

**ENTERED**
JAN 19 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Joseph M. Sholder, Bar No. 126347

Attorneys for Oxnard GSRS Holdings, LLC, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re | ) BK No. ND 09-12665-RR |
| Oxnard GSRS Holdings, LLC, | ) Chapter 11 |
| DEBTOR and DEBTOR-IN-POSSESSION. | ) ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO CONDITIONAL FORBEARANCE AND RELEASE AGREEMENT WITH U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE |
| | ) Date: January 19, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Place: 1415 State Street, Courtroom 201, Santa Barbara, CA. |

On January 19, 2011, at 10:00 a.m., having been duly noticed, the Debtor's Motion for Authority to Enter into Conditional Forbearance and Release Agreement with U.S. Bank National Association as Trustee (filed on December 15, 2010, as docket no. 61) (the "Motion") came on regularly for hearing. There were no objections to the Motion. The Court having

- 1 -

sf-2944625  ORIGINAL

considered the Motion and associated papers, and the compromise set forth therein being fair and equitable,

IT IS HEREBY ORDERED that the Motion is approved;

IT IS FURTHER ORDERED that the Debtor is authorized to enter into and perform under the Conditional Forbearance and Release Agreement (the "Agreement");

IT IS FURTHER ORDERED that U.S. Bank National Association, not individually but solely as trustee for the Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 (the "Lender") is granted relief from the automatic stay of 11 U.S.C. section 362(a) to seek to exercise all of its rights and remedies under the Note and Security Documents (as defined in the Motion) and otherwise applicable law, including, without limitation, installation of a receiver and taking a deed in lieu of foreclosure;

IT IS FURTHER ORDERED that this order shall be binding on any chapter 7 trustee; and

IT IS FURTHER ORDERED that the seven-day waiting period of California Civil Code section 2924g(d) and the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) are both waived.

DATED: January 19, 2011.

_____
HON. ROBIN L. RIBLET
UNITED STATES BANKRUPTCY JUDGE

sf-2944625

-2-

In re: Oxnard GSRS Holdings, LLC
Case No. ND 09-12665-RR

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO CONDITIONAL FORBEARANCE AND RELEASE AGREEMENT WITH US BANK NATIONAL ASSOCIATION AS TRUSTEE**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   **JAN. 19, 2011**  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                         **9021-1.1.NOTICE.ENTERED.ORDER**

In re: Oxnard GSRS Holdings, LLC
Case No. ND 09-12665-RR

BY NEF:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Adam A Lewis    alewis@mofo.com
- Franklyn S Michaelson    kim@msmlaw.com
- Vincent J Novak    vnovak@mofo.com
- Joseph M. Sholder    sholder@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    **9021-1.1.NOTICE.ENTERED.ORDER**