**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
POST OFFICE BOX 9
SANTA BARBARA, CA 93102-0009
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

(SPACE BELOW FOR FILING STAMP ONLY)

Joseph M. Sholder, Bar No. 126347
Jill M. Himlan, Bar No. 267166

Attorneys for Oxnard GSRS Holdings, LLC, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>Oxnard GSRS Holdings, LLC,<br><br>DEBTOR and DEBTOR-IN-POSSESSION. | BK No. ND 09-12665-RR<br><br>Chapter 11<br><br>DEBTOR AND DEBTOR-IN-POSSESSION OXNARD GSRS HOLDINGS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID DODART<br><br>Date:  June 29, 2011<br>Time:  2:00 p.m.<br>Place  1415 State Street,<br>Courtroom 201<br>Santa Barbara, CA. |

Please take notice that at the above date, time and place, debtor and debtor-in-possession Oxnard GSRS Holdings, LLC, ("Oxnard") will submit to the Honorable Robin L. Riblet, United States Bankruptcy Judge, this motion to dismiss this chapter 11 bankruptcy case. This motion is based on the grounds that, pursuant to this court's relief from stay order, secured creditor U.S. Bank National Association, as trustee for the Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 (the "Bank"), has obtained the appointment of a receiver for Oxnard's hotel, its sole significant asset in this case. Further, it is in the best interests of Oxnard and its creditors for this case to be dismissed since there are no other assets to administer.

Please take further notice that pursuant to Local Bankruptcy Rule 9013-1(f), any opposition you have to the motion must be filed with the court and served upon the undersigned fourteen (14) days before the hearing date for the motion. Any opposition not timely filed and served may be deemed waived by the court.

**MEMORANDUM OF POINT AND AUTHORITIES**

**A.    FACTS**

1. Oxnard filed this case on July 6, 2009.

2. Oxnard's sole significant asset at the time this case was filed was a 57-unit extended stay hotel (the "Hotel"). See Exhibits 1 and 2.

3. On January 19, 2011, this court granted the Bank relief from stay to exercise all of its state law rights and remedies with respect to the Hotel, as set forth in the Order

Granting Debtor's Motion for Authority to Enter Into Conditional Forbearance and Release Agreement with U.S. Bank National Association as Trustee dated January 19, 2011.

4. On or about April 18, 2011, the Bank exercised its state law right and remedy and obtained appointment of a receiver who has the authority to control and manage the Hotel.

5. As a result of the Bank taking control of the Hotel through the appointment of a receiver who has the authority to control and manage the Hotel, Oxnard is no longer acting as a debtor in possession and there are no material assets to administer in this estate.

**B.    ARGUMENT**

11 U.S.C. §1112(b)(1) permits this court to dismiss a chapter 11 case if doing so "is in the best interests of the creditors and the estate."

Here, it is the best interests of both the creditors and the estate to dismiss this case. The estate has no material assets to administer. The Bank was granted relief from stay on January 19, 2011. As of April 18, 2011, the Bank has taken control of the sole material asset of the estate, the Hotel, through the appointed receiver. There are no other material assets in this case. Further proceedings in chapter 11 or a conversion to chapter 7 will waste time and benefit no one because Oxnard has no other material assets. Thus, the standard for dismissal of a chapter 11 case is met here.

/ / /

/ / /

/ / /

**C.    CONCLUSION**

For these reasons, Oxnard respectfully submits that this motion to dismiss should be granted.

DATED: June 2, 2011                    GRIFFITH & THORNBURGH, LLP

                                       By _____
                                          JILL M. HIMLAN
                                          JOSEPH M. SHOLDER
                                          Attorneys for Debtor and
                                          Debtor-in-Possession

## DECLARATION OF DAVID DODART

David Dodart declares:

1. I am the managing member of Oxnard GSRS, LLC. Oxnard GSRS, LLC is the sole member and is the managing member of debtor and debtor-in-possession Oxnard GSRS Holdings LLC ("Oxnard"). I have also guaranteed Oxnard's debt to U.S. Bank National Association, as trustee for the Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 (the "Bank").

2. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called upon to do so.

3. Attached hereto as Exhibits 1 and 2 are true and correct copies of Oxnard's Schedules A and B filed in this case listing its assets when this case was filed.

4. As set forth in Exhibits 1 and 2, Oxnard's only significant asset was a 57-unit extended stay hotel located in Oxnard, California (the "Hotel").

5. On January 19, 2011 this court granted the Bank relief from stay to exercise all of its state law rights and remedies with respect to the Hotel, as set forth in the Order Granting Debtor's Motion for Authority to Enter Into Conditional Forbearance and Release Agreement with U.S. Bank National Association as Trustee dated January 19, 2011.

6. On or about April 18, 2011, the Bank exercised its state law right and remedy and obtained appointment of a receiver who has the authority to control and manage the Hotel.

5. As a result of the Bank taking control of the Hotel through the appointment of a receiver who has the authority to

-5-

control and manage the Hotel, Oxnard is no longer acting as a debtor in possession and there are no material assets to administer in this estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of May, 2011 at Santa Barbara, California.

_____
DAVID DODART, Manager

- 6 -

Case 9:09-bk-12665-RR   Doc 65   Filed 06/02/11   Entered 06/02/11 11:05:15   Desc
Case 9:09-bk-12665-RR   Main Document   Filed 07/06/09   Page Entered 07/06/09 15:23:07   Desc
Main Document   Page 16 of 59

B6A (Official Form 6A) (12/07)

In re  Oxnard GSRS Holdings LLC                                            Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 57-Room Hotel located at 2211 E. Gonzales Road, Oxnard, CA 93026 | 100% | $12,900,000.00 | $9,458,324.32 |
|  |  | **Total:** $12,900,000.00 |  |
|  |  | (Report also on Summary of Schedules) |  |

EXHIBIT " 1 ", 7 of 17

B6B (Official Form 6B) (12/07)

In re  **Oxnard GSRS Holdings LLC**  Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Petty cash | $1,568.25 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct. # 705001854 (GSRS Holdings, LLC) | $173.22 |
| | | Checking Acct. # 6501338 (Oxnard GSRS Holdings, LLC) | $79.73 |
| | | Checking Acct. # 6501311 (Oxnard GSRA Operating) | $28,291.95 |
| | | Checking Acct # 10002400 (Oxnard GrandStay Residential Suites) | $1,568.25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc; and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |

EXHIBIT "2", 8 of 17

Case 9:09-bk-12665-RR    Doc 65    Filed 06/02/11    Entered 06/02/11 11:05:15    Desc
Case 9:09-bk-12665-RR    Doc 1    Filed 07/06/09    Entered 07/06/09 15:23:07    Desc
Main Document    Page 18 of 59

B6B (Official Form 6B) (12/07) – Cont.

In re **Oxnard GSRS Holdings LLC**    Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached Rider # 1. | | $33,318.33 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

EXHIBIT "2", 9 of 17

Grandstay Residential Suites Hotel
Oxnard, CA 93036
Property ID: 07

# Aging Report
### As of: 6/27/2009

NiteVision 2008 HF4
6/27/2009 7:30:56 AM
Printed By: Joe Mendez

| Account # | Customer Code | Customer | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 71 | | Amiad Filtration Systems | $1,648.35 | $0.00 | $0.00 | $0.00 | $0.00 | $1,648.35 |
| 19 | | Cal-Coast Machinery | $0.00 | $0.00 | $0.00 | $0.00 | ($21.89) | ($21.89) |
| 82 | | Camarillo Community Church | $3,976.25 | $0.00 | $0.00 | $0.00 | $0.00 | $3,976.25 |
| 102 | | Cool Pak | $3,633.61 | $548.45 | $329.57 | $0.00 | $0.00 | $4,512.73 |
| 96 | | Expedia | $996.04 | $1,148.82 | $0.00 | $0.00 | $0.00 | $4,421.37 |
| 76 | | Harbor Freight Tools | $2,724.33 | $1,213.59 | $483.45 | $0.00 | $0.00 | $2,144.86 |
| 26 | | Hilton Garden Inn | $142.89 | $0.00 | $0.00 | $0.00 | $0.00 | $142.89 |
| 27 | | Kane is Able, Inc. | $1,571.57 | $0.00 | $0.00 | $0.00 | $0.00 | $1,571.57 |
| 37 | | Reis Robotics | $10,854.00 | $0.00 | $0.00 | $0.00 | ($594.00) | $10,260.00 |
| 69 | | Semints | $0.00 | $0.00 | $0.00 | $0.00 | ($362.67) | ($362.67) |
| 11 | | St. John's Reg. Med.Cntr & PV Hosp. | $0.00 | $0.00 | $0.00 | $1,428.57 | $0.00 | $1,428.57 |
| 97 | | Staff Care | $184.89 | $0.00 | $0.00 | $0.00 | $0.00 | $184.89 |
| 78 | | Sysco Food Services Of Ventura | $0.00 | $0.00 | $0.00 | $0.00 | ($890.01) | ($890.01) |
| 80 | | Taylor Family | $3,911.63 | $0.00 | $0.00 | $0.00 | $0.00 | $3,911.63 |
| 68 | | Tri-Counties Regional Centers | $0.00 | $126.39 | $0.00 | $0.00 | $0.00 | $126.39 |
| 107 | | Ventura County Business Bank | $263.89 | $0.00 | $0.00 | $0.00 | $0.00 | $263.89 |
| | | Totals: | $29,907.46 | $3,036.25 | $813.12 | $1,428.57 | ($1,869.07) | $33,316.33 |

Page 1 of 1

RIDER #1 TO SCHEDULE B       EXHIBIT "2", 10 of 17

Case 9:09-bk-12665-RR    Doc 65    Filed 06/02/11    Entered 06/02/11 11:05:15    Desc
Case 9:09-bk-12665-RR    Doc 1    Filed 07/06/09    Entered 07/06/09 15:23:07    Desc
Main Document    Page 20 of 59

B6B (Official Form 6B) (12/07) – Cont.

In re **Oxnard GSRS Holdings LLC**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached Rider # 2. | $18,843.54 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Franchise Agreement with Grandstay Hospitality, LLC | $35,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

EXHIBIT "2", 11 of 17

| Unliquidated Claims | Amount |
|---|---|
| Pacific Coast MotorSports | $ 5,374.49 |
| Mr. Chapman | $ 5,731.85 |
| Mrs. Flores | $ 2,395.52 |
| Mr. Williams | $ 3,208.88 |
| Mrs. Counts | $ 839.30 |
| Mr. Overmeyer | $ 1,293.50 |

**RIDER # 2 TO SCHEDULE B**

EXHIBIT "2", 12 of 17

B6B (Official Form 6B) (12/07) -- Cont.

In re **Oxnard GSRS Holdings LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Rider # 3. | $3,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Rider # 4. | $22,700.00 |
| 30. Inventory. | | See attached Rider # 5. | $15,451.24 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

___3___ continuation sheets attached　　Total >　　$160,644.51
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

EXHIBIT " 2 ", 13 of 17

| Office Equipment, Furnishings, and Supplies | Estimate |
|---|---|
| 3 Computers | $ 900.00 |
| 3 Monitors | $ 150.00 |
| Mitel Phone System | $ 300.00 |
| Mitel 5212 IP phone | $ 50.00 |
| 1 Laptop | $ 450.00 |
| 1 Fax Machine/ Copier | $ 450.00 |
| 1 Hp all in one | $ 400.00 |
| 2 Office Desk | $ 150.00 |
| Office Drawers | $ 50.00 |
| 2 Office Filing Cabinet | $ 150.00 |
| 2 Binder/ Book Shelves | $ 150.00 |
| 1 Shredder | $ 50.00 |
| 1 Safe | $ 200.00 |
| 1 small fridge | $ 75.00 |
| 1 Microwave | $ 75.00 |
| 1 Office Chair | $ 50.00 |

3.

EXHIBIT "2", 14 of 17    RIDER # 3 TO SCHEDULE B

| List of Machinery, Fixtures and Equipment for business | $Estimate |
|---|---|
| 1 Refrigerator | $ 1,500.00 |
| 1 Freezer | $ 1,500.00 |
| 2 Commercial Microwaves | $ 500.00 |
| 1 Chafing Dish | $ 150.00 |
| 2 Water heaters | $10,000.00 |
| 1 Pressure Washer | $ 200.00 |
| 1 Rayobi Drill | $ 100.00 |
| About $3,000.00 worth of supplies for maintenace | * |
| 2 pantry Refrigerator | $ 250.00 |
| 1 Ice maker | $ 2,500.00 |
| Around $3,000.00 worth of Room supplies | # |

* This includes Filters, Lamp shades, Light Bulbs, Ladders,
Tools, and Supplies for any hotel Maintenece issue.

# This includes shampoo, conditioner, lotion,
Toiletries, toilet paper, paper towels, dishes, pots and pans.

**RIDER # 4 TO SCHEDULE B**

EXHIBIT "2", 15 of 17

# ETC MANAGEMENT MONTHLY LINEN INVENTORY

PROPERTY: Grandslay Oxnard         DATE: 5/31/2009

| TYPE OF LINEN | IN ROOMS | LAUNDRY/STORAGE RM | TOTAL INVENTORY | PREVIOUS MO. | USAGE | ACT | IDEAL PAR | TOTAL TO ORDER |
|---|---|---|---|---|---|---|---|---|
| BATH TOWELS | 228 | 125 | 353 | 368 | 15 | 1.5 | 3 | 0 $1,246.09 |
| HAND TOWELS | 171 | 70 | 241 | 320 | 79 | 1.4 | 3 | 0 $262.67 |
| WASH CLOTHS | 171 | 216 | 387 | 284 | -103 | 2.3 | 3 | 0 $247.65 |
| BATH MATS | 57 | 65 | 122 | 109 | -13 | 2.1 | 3 | 0 $481.90 |
| QUEEN FITTED | 70 | 59 | 129 | 149 | 20 | 1.8 | 3 | 0 $790.77 |
| QUEEN STRIPED | 70 | 27 | 97 | 110 | 13 | 1.4 | 3 | 0 $665.79 |
| QUEEN FLAT | 70 | 30 | 100 | 120 | 20 | 1.4 | 3 | 0 $650.00 |
| | | | 0 | 0 | 0 | | 3 | |
| SHAMS-Striped | 130 | 111 | 241 | 189 | -52 | 1.9 | 3 | 0 $551.89 |
| PILLOW CASES | 130 | 63 | 193 | 250 | 57 | 1.5 | 3 | 0 $241.25 |
| PILLOW PROTECTORS | 280 | 80 | 360 | 375 | 15 | 1.3 | 3 | 0 $512. |
| PILLOWS | 280 | 14 | 294 | 316 | 22 | 1.1 | 3 | $1,161.30 |
| COMFORTERS | 57 | 1 | 58 | 62 | 4 | 1 | 3 | $2,750.34 |
| CREAM BLANKETS | 57 | 7 | 64 | 61 | -3 | 1.1 | 3 | $787.84 |
| GREEN THROWS | 45 | 3 | 48 | 47 | -1 | 1.1 | 3 | ? |
| POOL TOWELS | 0 | 9 | 9 | 21 | 12 | | 3 | $616.05 |
| SOFA BED FITTED | 57 | 21 | 78 | 66 | -12 | 1.4 | 3 | $453.96 |
| SOFA BED FLAT | 57 | 13 | 70 | 71 | 1 | 1.2 | 3 | $394.90 |
| Pillows-King | 86 | 0 | 86 | 86 | 0 | 1 | 3 | 0 $527.18 |
| PILLOW cases KING | 86 | 90 | 176 | 158 | -18 | 2 | 3 | $300.96 |
| VACUUMS | 0 | 11 | 11 | 7 | -4 | | 3 | $3,025.00 |
| Pillow Protectors King | 86 | 65 | 151 | 0 | -151 | | 3 | $323.14 |

TOTAL = $15,451.24

RIDER # 5 TO SCHEDULE B

EXHIBIT "2", 16 of 17

# ETC MANAGEMENT MONTHLY LINEN INVENTORY

PROPERTY: Grandstay Oxnard   DATE: 4/30/2009

| TYPE OF LINEN | IN ROOMS | LAUNDRY/ STORAGE RM | TOTAL INVENTORY | PREVIOUS MO. | USAGE | ACT | IDEAL PAR | TOTAL TO ORDER |
|---|---|---|---|---|---|---|---|---|
| BATH TOWELS | 228 | 102 | 330 | 368 | 38 | 1.4 | 3 | 0 |
| HAND TOWELS | 171 | 138 | 309 | 320 | 11 | 1.8 | 3 | 0 |
| WASH CLOTHS | 171 | 90 | 261 | 284 | 23 | 1.5 | 3 | 0 |
| BATH MATS | 57 | 54 | 111 | 109 | -2 | 1.9 | 3 | 0 |
| | | | 0 | 0 | 0 | | 3 | |
| QUEEN FLAT | 70 | 37 | 107 | 120 | 13 | 1.5 | 3 | 0 |
| QUEEN STRIPED | 70 | 38 | 108 | 110 | 2 | 1.5 | 3 | 0 |
| QUEEN FITTED | 70 | 59 | 129 | 149 | 20 | 1.8 | 3 | 0 |
| | | | 0 | 0 | 0 | | 3 | |
| SHAMS-Striped | 130 | 77 | 207 | 189 | -18 | 1.6 | 3 | 0 |
| PILLOW CASES | 130 | 73 | 203 | 250 | 47 | 1.6 | 3 | 0 |
| PILLOW PROTECTORS | 280 | 72 | 352 | 375 | 23 | 1.3 | 3 | 0 |
| PILLOWS | 280 | 21 | 301 | 316 | 15 | 1.1 | 3 | 0 |
| COMFORTERS | 57 | 4 | 61 | 62 | 1 | 1.1 | 3 | 0 |
| CREAM BLANKETS | 57 | 1 | 58 | 61 | 3 | 1 | 3 | 0 |
| GREEN THROWS | 45 | 0 | 45 | 47 | 2 | 1 | 3 | 0 |
| POOL TOWELS | 0 | 10 | 10 | 21 | 11 | | 3 | 0 |
| SOFA BED FITTED | 57 | 19 | 76 | 66 | -10 | 1.3 | 3 | 0 |
| SOFA BED FLAT | 57 | 19 | 76 | 71 | -5 | 1.3 | 3 | 0 |
| Pillows-King | 86 | 2 | 88 | 86 | -2 | 1 | 3 | 0 |
| PILLOW cases KING | 86 | 77 | 163 | 158 | -5 | 1.9 | 3 | 0 |
| VACUUMS | 0 | 11 | 11 | 7 | -4 | | 3 | |
| Pillow Protectors King | 86 | 71 | 157 | 0 | -157 | | 3 | |

EXHIBIT "2", 17 of 17   RIDER # 5 TO SCHEDULE B

In re: Oxnard GSRS Holdings, LLC
9:09-bk-12665-RR

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described as **DEBTOR AND DEBTOR IN POSSESSION'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID DODART** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JUNE 2, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov  (on behalf of U.S. Trustee)
- Adam A Lewis    alewis@mofo.com  (attorney for creditor U.S. Nat. Bank Assoc.)
- Franklyn S Michaelson    kim@msmlaw.com  (Interest Party by courtesy NEF)
- Vincent J Novak    vnovak@mofo.com  (attorney for creditor U.S. Nat. Bank Assoc.)
- Joseph M. Sholder    sholder@g-tlaw.com  (attorney for Debtor)
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **JUNE 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By U.S. regular mail:

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JUNE 2, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **By Hand Delivery: Hon. Robin Riblet, United States Bankruptcy Court, 1415 State Street, Santa Barbara, CA**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JUNE 2, 2011 | EVELYN R. DOWNS | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                       **9013-3.1.PROOF.SERVICE**

Case 9:09-bk-12665-RR    Doc 65    Filed 06/02/11    Entered 06/02/11 11:05:15    Desc
Main Document    Page 19 of 19

In re: Oxnard GSRS Holdings, LLC
**Case Number:    9:09-bk-12665-RR**

**Secured Creditors/Priority Unsecured Creditors:**
County Assessor |County Government Center, Room 100|San Luis Obispo, CA 93408
County Tax Collector |P.O. Box 357|Santa Barbara, CA 93102
Employment Development Dept., Benefit Overpayment Section, PO Box 826218, |Sacramento, CA 94230-6218
Franchise Tax Board |ATTN: Bankruptcy|P.O. Box 2952|Sacramento, CA 95812-2952
Internal Revenue Service, PO Box 7346,|Philadelphia, PA 19101-7346
Oxnard GSRS Holdings LLC |PO Box 40233|Santa Barbara, CA 93140
Securities & Exchange Commission |5670 Wilshire Blvd., 11th Floor|Los Angeles, CA 90036
U.S. Bank National Association, as Trustee for the Registered Certificate Holders of the Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 |Morrison & Foerster LLP|Attn: Adam Lewis|425 Market Street|San Francisco, CA 94105-2482

**Unsecured Creditors:**
California Strawberry Festival |1661 Pacific Avenue Ste 15|Oxnard, CA 93030
Cintas |97627 Eagle Way|Chicago, IL 60678-9760
Commtrak |17493 Nassau Commons|Lewes, DE 19958
David Dodart |138 Powers Avenue|Santa Barbara, CA 93103
Employment Development Department, Benefit Overpayment Section, PO 826218, Sacramento, CA 94230-6218
ETC Enterprises Inc |24707 County Road 75|St Augusta, MN 56301
Ecolab Pest Elimination Div |PO Box 6007|Grand Forks, ND 58206-6007
EthoStream |10200 Innovation Drive Ste 300|Milwaukee WI 53226
Events Leisure International |116-A Barranca Avenue|Santa Barbara, CA 93109
FRANCHISE TAX BOARD |BANKRUPTCY SECTION MS A340|POB 2952|SACRAMENTO CA 95812-2952
FirstComp |PO Box 30020|Omaha, NE 68103-1120
Genares |PO Box 3338|Grapevine, TX 76099
GrandStay Hospitality LLC |24707 County Road 75|St. Augusta, MN 56301
Gregory B Koltun Esq |Morrison & Foerster LLP|555 West Fifth Street|Los Angeles, CA 90013-1024
Guest Supply |PO Box 910|Monmouth Junction, NJ 08852-0910
HD Supply Facilities Maintenance |PO Box 509058|San Diego, CA 92150-9058
Idearc Media Corp - Acct Receivables Dpt |PO Box 619009|DFW Airport, TX 75261-9009
|Jordanos Food Service |550 South Patterson Avenue|Santa Barbara, CA 93111
MICHAELSON SUSI & MICHAELSON |FRANKLIN S MICHAELSON|7 W FIGUEROA ST 2ND FLOOR|SANTA BARBARA CA 93101
MJP Technologies Inc |MJP Computers|6085 King Drive #102|Ventura, CA 93003
MWH Services Inc |4170 Thielman Lane|St Cloud, MN 56302-0159
Maiden Lane Commercial Mortgage |c/o Bank of America|PO Box 65585|Charlotte, NC 28265-0585
Mancini and Associates |15303 Ventura Blvd Ste 600|Sherman Oaks, CA 91403
Mullen & Henzell LLP |Attn William Degen|112 East Victoria Street|Santa Barbara, CA 93101
PQL |2285 Ward Avenue|Simi Valley, CA 93065
ProFillment |2432 S Sheridan|Wichita, KS 67217
Pyramid Pool and Spa Service |PO Box 313|Ventura, CA 93003
SeaBreeze Landscape Care |PO Box 4485|Ventura, CA 93007
Southern California Edison |300 N Lone Hill Ave|San Dimas, CA 91773
Standard Textile |PO Box 0302|Cincinnati, OH 45263-0302
Staples Business Advantage |Dept DET|PO Box 83689|Chicago, IL 60696-3689
Starbucks Coffee Company |PO Box 84348|Seattle, WA 98124-5648
ThyssenKrupp Elevator |PO Box 933013|Atlanta, GA 31193-3013
Time Warner Cable |PO Box 60074|City of Industry, CA 91716-0074
USA Today |305 Seaboard Lane Ste 301|Franklin, TN 37067-8288
Ventura County Star |PO Box 6006|Camarillo, CA 93011-6006
Ventura County Tax Collector |800 South Victoria Avenue|Oxnard, CA 93009-1290
Ventura County Tax Collector |800 South Victoria Avenue|Ventura, CA 93009-1290
Waffles of California Inc |PO Box 1448|Brea, CA 92822-1448
World Choice Travel |11300 US Highway One Ste 300|North Palm Beach, FL 33408-3236