**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
POST OFFICE BOX 9
SANTA BARBARA, CA 93102-0009
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 29 2011
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Joseph M. Sholder, Bar No. 126347
Jill M. Himlan, Bar No. 267166

Attorneys for Oxnard GSRS Holdings, LLC, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>Oxnard GSRS Holdings, LLC,<br><br>DEBTOR and DEBTOR-IN-POSSESSION. | BK No. ND 09-12665-RR<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION OXNARD GSRS HOLDINGS, LLC'S MOTION TO DISMISS CHAPTER 11 CASE AND JUDGMENT FOR UNITED STATES TRUSTEE'S FEES<br><br>Date:  June 29, 2011<br>Time:  2:00 p.m.<br>Place  1415 State Street,<br>        Courtroom 201<br>        Santa Barbara, CA. |

This matter came on for hearing at the above date, time and place, the Honorable Robin L. Riblet, United States Bankruptcy Judge, presiding. Jill M. Himlan of Griffith & Thornburgh appeared for Debtor and Debtor-In-Possession Oxnard GSRS Holdings, LLC. Any other appearances were as noted on the record of these proceedings.

ORIGINAL

1  The court, having considered the papers and pleadings on file in connection with this matter, and the arguments of counsel, and no objection to the motion having been filed, the court HEREBY ORDERS AS FOLLOWS:

1. This chapter 11 bankruptcy case is dismissed; and

2. The Office of the United States Trustee is awarded a judgment for quarterly fees due and owing up through and including the second quarter of 2011.

Dated: June 29, 2011

*Robin Riblet*
ROBIN L. RIBLET
UNITED STATES BANKRUPTCY JUDGE

-2-

In re: Oxnard GSRS Holdings, LLC
Case No. ND 09-12665-RR

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE AND JUDGMENT FOR UNITED STATES TRUSTEE'S FEES**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    **JUNE 29, 2011**   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **9021-1.1.NOTICE.ENTERED.ORDER**

In re: Oxnard GSRS Holdings, LLC
Case No. ND 09-12665-RR

BY NEF:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Adam A Lewis    alewis@mofo.com
- Franklyn S Michaelson    kim@msmlaw.com
- Vincent J Novak    vnovak@mofo.com
- Joseph M. Sholder    sholder@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **9021-1.1.NOTICE.ENTERED.ORDER**